**Electronically Filed**
**Intermediate Court of Appeals**
**30566**
**05-JUL-2011**
**08:36 AM**

NO. 30566

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
CHERENFANT PIERRE-LOUIS, Defendant-Appellant


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CRIMINAL NO. 09-1-1843)


ORDER OF CORRECTION
(By: Reifurth, J., for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order filed on June 16, 2011, is corrected as follows:

In the caption of the case on the first page, the court from which the appeal is taken should be corrected to "APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, July 5, 2011.

Associate Judge

---

[1] Leonard, Presiding Judge, Reifurth and Ginoza, JJ.